IN RE QUESTION PROPOUNDED BY THE GOVERNOR.

GOVERNOR — POWER OF APPOINTMENT.— The governor may appoint a state board of pharmacy under the act of 1887, page 355, section 9, and a state hydraulic engineer under General Statutes of 1883, section 1807, by his own act, and without the advice and consent of the senate, the power to appoint being expressly conferred and such advice and consent not being required.

THE question is as follows: "Whether, in view of article 4, section 6, of the state constitution, the governor may appoint a state board of pharmacy under the act of 1887, page 355, section 9, and a state hydraulic engineer under General Statutes, section 1807, by his own act, and without the advice and consent of the senate."

Article 4, section 6, of the constitution, so far as material, provides: "The governor shall nominate, and, by and with the consent of the senate, appoint all officers whose offices are established by this constitution or which may be created by law, and whose appointment or election is not otherwise provided for, and may remove any such officer for incompetency, neglect of duty or malfeasance in office."

PER CURIAM. As by the acts referred to the authority to appoint certain state officers is expressly conferred upon the executive without requiring such appointments to be made by or with the consent of the senate, we answer the question propounded in the affirmative.